PEOPLE V GARY FRANKLIN, No. 137338. The defendant's motion for relief from judgment is prohibited by MCR 6.502(G). To the extent that the defendant's motion involves a request for DNA testing under MCL 770.16, the defendant fails to establish an entitlement to DNA testing because he fails to satisfy the four conditions set forth in MCL 770.16(3). Court of Appeals No. 285845.

HATHAWAY, J., did not participate.

PEOPLE V DANIEL BAILEY, No. 137342; Court of Appeals No. 286165.
HATHAWAY, J., did not participate.

PEOPLE V DRAYTON WELLS, No. 137343; Court of Appeals No. 286942.
HATHAWAY, J., did not participate.

PEOPLE V ALFRED TAYLOR, No. 137345; Court of Appeals No. 285715.
HATHAWAY, J., did not participate.

PEOPLE V REGINALD MONTGOMERY, No. 137349. The defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). Court of Appeals No. 283343.

HATHAWAY, J., did not participate.

CHOPIN V RIVERWOOD CENTER, No. 137356; Court of Appeals No. 285625.
HATHAWAY, J., did not participate.

PEOPLE V LALL, No. 137360; Court of Appeals No. 273165.
HATHAWAY, J., did not participate.

PEOPLE V LAMAR, No. 137372; Court of Appeals No. 286566.
HATHAWAY, J., did not participate.

PEOPLE V ROSS, No. 137375; Court of Appeals No. 278799.
HATHAWAY, J., did not participate.

PEOPLE V FORD, No. 137379; Court of Appeals No. 284055.
HATHAWAY, J., did not participate.

PEOPLE V MCCLINTON, No. 137384; Court of Appeals No. 286613.
HATHAWAY, J., did not participate.

PEOPLE V GILLESPIE, No. 137389; Court of Appeals No. 285947.
HATHAWAY, J., did not participate.

PEOPLE V DEKUBBER, No. 137397; Court of Appeals No. 278507.
HATHAWAY, J., did not participate.

BORRELL V MEIJER GREAT LAKES LIMITED PARTNERSHIP, No. 137399; Court of Appeals No. 284641.
HATHAWAY, J., did not participate.

OPPERMAN V GENERAL MOTORS CORPORATION, No. 137403; Court of Appeals No. 283992.
HATHAWAY, J., did not participate.